## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| **GLEN ELDER #00778422** | **CIVIL ACTION NO. 24-cv-713 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **NOLEN BASS ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

### J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 13] previously filed herein, having thoroughly reviewed the record, including the Objection [Doc. No. 14] filed by Plaintiff Glen Elder ("Elder"), and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Elder's claims are **DISMISSED WITH PREJUDICE** as frivolous and for failure to state claims on which relief may be granted.

**MONROE, LOUISIANA**, this the 17th day of September 2024.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**